(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>__Northern__ District of __Illinois__ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Small, Scott F. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): 6108 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>480 Ridge Rd.<br>Highland Park, IL 60035 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Lake County | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>n/a | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):
n/a

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| [X] Individual(s) | [ ] Railroad | [X] Chapter 7    [ ] Chapter 11    [ ] Chapter 13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9    [ ] Chapter 12 |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding |
| [ ] Other _____ | [ ] Clearing Bank | |

**Nature of Debts** (Check one box)
[ ] Consumer/Non-Business    [X] Business

**Chapter 11 Small Business** (Check all boxes that apply)
[ ] Debtor is a small business as defined in 11 U.S.C. § 101
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
[X] Full Filing Fee attached
[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 [ ] | 16-49 [X] | 50-99 [ ] | 100-199 [ ] | 200-999 [ ] | 1000-over [ ] | | |
|---|---|---|---|---|---|---|---|---|

| Estimated Assets | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million | |
| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | |

| Estimated Debts | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million | |
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | |

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>Small, Scott F. |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
|  |  |  |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)
October 10, 2005
Date

X _____
Signature of Attorney for Debtor(s)
Richard M. Kates
Printed Name of Attorney for Debtor(s)

_____
Firm Name
111 W. Washington St., #1900
Address
Chicago, IL 60602
312/236-0267
Telephone Number
October 10, 2005
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

| *Personal* | | | | |
|---|---|---|---|---|
| Name | Address | Account number | Description | Current Balance |
| AAA Financial Services | P.O Box 15026 Wilmington, DE, 19850-5026 | 4264 2967 6132 9694 | Credit Card | $11,672.79 |
| Airborne Express | P.O. Box 662 Seattle, Wa 98111 | 230091695 | SFS Enterprises Shipping | $3041.73 |
| Arena Auto Auction | C/O Jim Compton 200 W Old Chicago Drive Bolingbrook, Il 60440 | 5053431 | Billing | $4,705 |
| Auction Insurance Agency | 2200 Woodcrest PL Birmingham, AL35209 | | Possible Future Claim | |
| Auctionway Sales | C/O Odell Mc Kenny 12161 S Central Ave Alsip, Ill 60803 | 973658,5053431 | Services | $12,360 |
| Auto Dealers Exchange | c/o Mr. Chet Goings 8635 Brookville Rd Indianapolis, In 46239 | S856 | Auto Purchases, Returned Checks | $169,000 |
| Blitt and Gaines P.C | 318 W Adams Suite 1600 Chicago, Il 60606 | 04-142227-0 | Airborne Freight express | $3291.01 |
| Chase Gold MasterCard | P.O Box 15919 Wilmington, DE 19850-5919 | 5211 2710 0908 8494 | Credit Card | $15356.48 |
| Chase Platinum Visa | P.O Box 15902 Wilmington, DE, 19850-5902 | 4305 8704 9993 8827 | Credit Card | $9132.70 |
| Chase | P.O Box 15298 Wilmington, DE 19886-5153 | 4388 5430 4937 3791 | Credit card | $9478.13 |
| Carfax | 10304 Eaton Place Suite Fairfax, Va 62754 | | WholesaleAutomart Bill | $1083 |
| Citi AAdvantage World Master Card | P.O Box 6600 The Lakes, NV 89163-6000 | 5466 1601 4636 7733 | Credit Card | $18,529.67 |
| Computer Accounting Service | 6306 N Cicero Ave Chicago, Il 60646 | | Service | $514.50 |
| Elan Business Travel Card | P.O Box 6335 Fargo, ND 58125-6335 | 4798 1714 5100 1165 | Credit Card | $15,906.55 |
| Evanston Northwestern Healthcare | 23056 Network Place Chicago, Il 60673-1230 | 012614715-4345/ 0126147155214CEC | | 1193.68 |

1

| | | | | |
|---|---|---|---|---|
| Greater Chicago Auto Auction | C/O Art Soudek 20401 Cox Ave Matteson, Il 60443 | 973658,5053431 | Personal Guarantee Line of Credit, Fees | $752,273 |
| Imperial Reality Company | 4747 W. Peterson Chicago, Il 60646 | | Claim for balance of lease | $455.87 |
| JJN Auto Inc | 1501 Joliet Rd Dyer, Indiana | | Auto Purchase | $6190 |
| JFCS | 1250 Radcliffe Road Buffalo Grove, Il 60089 | SMAS04 | Balance | $733.50 |
| Kalcheim, Schatz and Berger | 161 N. Clack St #2800 Chicago, IL 60601 | I.D.#6214-M | Balance | $2,370 |
| Lathrop and Gaines DC PLLC | 1300 Eye ST MW Washington, DC | 257447094 | Claim for Security Deposit- Imperial Reality | $455.87 |
| Lazar, Jill | 480 Ridge Road Highland Park, Il 60035 | | Loan, Auto Purchase | $92,500 |
| Libertyville Bank and Trust | 507 N Milwaukee Ave Libertyville, Il 60048 | 00880021039 | Line of Credit | $220,000**+ late Payments |
| Manheim Automotive Financial Services | 400 Northridge Rd #800 Atlanta, GA 30350 | | Personal Guarantee Line of Credit | $750,000 |
| Midwest Bank and Trust( this loan has a 2nd Mortgage on my house also) | 501 W North Ave Melrose Park, Il 60160 | Account Number 2695129055 | Loan | $154,650+ Late Payments ($157,512.39) |
| NCO Financial Systems Inc. Commercial Division | 1804 Washington Blvd Dept 750 Baltimore, MD 21230 | 19533761 | SFS Bill 10/03-2/04 Airborne Express, Collection Account) | $3041.73 |
| NCO Financial Systems Inc | P.O Box41417 dept 23 Philadelphia, PA 1901-1593 | W77941 | Re Carfax Bill, Wholesale Automart Inc | $1,083 |
| Option One Mortgage | 4600 Touchton Road East Building 200 Suite 102 Jacksonville Fla, 32246 | 13604178 | Mortgage | 324,854 |
| OSI Collection Services Inc. | 1375 E Woodfield RD Suite #110 Schaumburg, Il 60175 | 5362848 | Collection Evanston Northwestern Hosp | $602.92 |

2

| | | | | |
|---|---|---|---|---|
| Pinnacle Management Services Inc | 514 Market Loop #103 West Dundee, Il 60118 | 12614715-4345 | Evanston Northwestern Healthcare | $602.92 |
| | | | | |
| | | | | |
| Rush North Shore Medical Center | 9600 Gross Point Rd Skokie, Il 60076 | Act#20336277 | ½ Bill Elliot Small | $585.63 |
| Schwartz, Cooper, Greenberger, Krauss | 180 N La Salle #2700 Chicago, IL 60601 | Client #044913 | Balance | $1,063.56 |
| Small, Laurie | 90 Greenbriar E Deerfield, Ill 60089 | | Personal Guarantee Loan, Support, Interest | $242,500 |
| | | | | |

3