## EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS                                     $_____25,280.56

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                    $_____0.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                           $_____326,481.00

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 05-48030 ABG  
**Case Name:** SMALL, SCOTT F

**Period Ending:** 10/05/08

**Trustee:** (520171)    JOHN E. GIERUM  
**Filed (f) or Converted (c):** 10/11/05 (f)  
**§341(a) Meeting Date:** 11/21/05  
**Claims Bar Date:** 11/27/06

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate interest (s) | 430,000.00 | 0.00 | | 25,000.00 | FA |
| 2 | Cash and checking (s) | 105.00 | 105.00 | DA | 0.00 | FA |
| 3 | Household goods, sporting and related (s) | 1,900.00 | 0.00 | DA | 0.00 | FA |
| 4 | Wardrobe and related (s) | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Life Insurance (s) | 19,238.69 | 0.00 | DA | 0.00 | FA |
| 6 | IRA (s) | 296,242.31 | 0.00 | DA | 0.00 | FA |
| 7 | Stock interests (s) | 118,962.63 | 0.00 | DA | 0.00 | FA |
| 8 | Tax Refund (s) | 239.00 | 239.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 280.56 | Unknown |
| | **Assets    Totals (Excluding unknown values)** | **$868,187.63** | **$344.00** | | **$25,280.56** | **$0.00** |

**Major Activities Affecting Case Closing:**

liquidated asset, reviewing claims and tax work

**Initial Projected Date Of Final Report (TFR):** December 31, 2009

**Current Projected Date Of Final Report (TFR):** December 31, 2009