**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br>SMALL, SCOTT F<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-48030 ABG<br><br>JUDGE A. Benjamin Goldgar |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: Park City Branch Court
   301 Greenleaf Ave., Courtroom B
   Park City, Illinois 60085

   on: **December 5, 2008**
   at: **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $        25,280.56

   b. Disbursements                         $             44.49

   c. Net Cash Available for                $        25,236.07
   Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| JOHN E. GIERUM (Trustee Expenses) | 44.49 | | $44.49 |
| JOHN E. GIERUM (Trustee Fees) | 0.00 | $3,278.06 | |
| Lois West, Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $840.00 | |
| Gierum & Mantas (Trustee's Attorney Fees) | | $1500.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,154.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Laurie Small | $14,154.00 | $14,154.00 |

7. Claims of general unsecured creditors totaling $856,057.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.006%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Chase Bank USA, N.A. | $ 9,903.56 | $ 63.18 |
| 3 | Chase Bank USA, N.A. | $ 11,221.95 | $ 71.59 |
| 4 | Chase Bank USA, N.A. | $ 15,735.99 | $ 100.39 |
| 5 | Jill Lazar | $ 75,000.00 | $ 478.50 |

| | | | |
|---|---|---|---|
| 6 | US Bank Corp/Retail Payment Solutions | $ 16,420.71 | $ 104.76 |
| 7 | Citibank/CHOICE | $ 20,595.83 | $ 131.40 |
| 9 | Schwartz, Cooper, Chartered | $ 1,152.06 | $ 7.35 |
| 10 | Manheim Automotive Financial Services | $ 706,027.05 | $ 4506.84 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposed to abandon the following property at the hearing: Cash and checking Account, household goods, wardrobe, life insurance, IRA, stock interests and tax refund.

Dated: **November 6, 2008**

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee: JOHN E. GIERUM
Address: GIERUM & MANTAS
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
Phone No.: (847) 318-9130

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Nov 06, 2008
Case: 05-48030                 Form ID: pdf002              Total Served: 39
```

The following entities were served by first class mail on Nov 08, 2008.
```
db         +Scott F Small,   480 Ridge Rd.,   Highland Park, IL 60035-4367
aty        +David R Shannon,    Tenney & Bentley,   111 W Washington,    Suite 1900,   Chicago, IL 60602-2769
tr         +John E Gierum,    John E Gierum,   Gierum & Mantas,   9700 Higgins Road,   Suite 1015,
             Rosemont, IL 60018-4712
10441534   +AAA Financial Services,    POB 15026,   Wilmington, DE 19850-5026
10441535   +Airborn Express,    POB 662,   Seattle, WA 98111-0662
10441536   +Arena Auto Auction,    c/o Jim Compton,   200 W Old Chicago Av,    Bolingtonbrook, IL 60440-4515
10441537   +Auction Insurance Agency,    2200 Woodcrest Pl,   Birmingham, AL 35209-1396
10441538   +Auto Perles Exchange,    c/o Mr. Chet Goings,   8635 Brookville Rd,   Indianapolis, IN 46239-9427
10441539   +Blitt & Gaines PC,    318 W Adams,   Suite 1600,   Chicago, IL 60606-5100
10441543   +CHI AA Advantage World Mastercard,    POB 6600,   The Lakes, NV 89163-0001
10441542   +Casfax,   10304 Eaton Place,   Suite 500,   Fairfax, VA 22030-2238
10909704   +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
             Seattle, WA 98121-2339
10441540   +Chase Gold Mastercard,    POB 15919,   Wilmington, DE 19850-5919
10441541   +Chase Platinum Visa,    POB 15902,   Wilmington DE 19850-5902
10968440    Citibank/CHOICE,    Exception Payment Processing,   P.O. Box 6305,    The Lakes, NV  88901-6305
10441544   +Computer Acct Serv,    6306 N Cicero Ave,   Chicago, IL 60646-4422
10441545    Elan Business Travel,    POB 6335,   Fungo, ND 58125
10441546   +Evanston Northwest Hosp,    23056 Network Pl,   Chicago, IL 60673-1230
10441547   +Greater Chicago Aurora,    c/o Art Soudek,   20401 Cox Ave,   Matteson, IL 60443-1856
10441533   +Illinois Dept of Revenue,    Springfield, IL 62719-0001
10441548   +Imperial Realty Co,    4747 W Peterson,   Chicago, IL 60646-5736
10441550   +JFCS,   1250 Rudcliff Rd,   Buffalo Grove, IL 60089-4289
10441549   +JJN Auto Inc,    1501 Joliet Rd,   Dyer, IN 46311-2065
10441531   +Jill Luzar,    480 Ridge Rd,   Highland Park, IL 60035-4367
10441551   +Kalcheim Schwartz, Berger,    101 N Clark, St #2800,   Chicago, IL 60602
10441552   +Lathrop & Gaines,    1300 Eye St NW,   Washington, DC 20005-3314
10441532   +Laurie Small,    90 Greenbriar E,   Deerfield, IL 60015-5065
10557801   +Laurie Small,    90 Greenbriar E. Dr.,   Deerfield, IL 60015-5065
10441553   +Libertyville Bank Trust,    507 N MIlwaukee,   Libertyville, IL 60048-2000
10559822   +Manheim Automotive Financial Services,    c/o Daniel P. Dawson,    Nisen & Elliott, LLC,
             200 W. Adams St, Suite 2500,   Chicago, IL 60606-5283
10441530   +Midwest Bank Trust,    501 W North Ave,   Melrose Park, IL 60160-1628
10441555    NCO Financial Systems,    POB 41417 Dept 23,   Philadelphia, PA 1091
10441556   +OSI Collection Services,    1375 E Woodfield Rd,   Suite 110,   Schaumberg, IL 60173-5423
10441529   +Option One Mortgage,    POB 57054,   Irvine, CA 92619-7054
10441557   +Rush North Shore Medical Center,    9600 Gross Point Rd,   Skokie, IL 60076-1257
10976605   +Schwartz, Cooper, Chartered,    Attn: David E. Beker, Esq.,    180 N. LaSalle, #2700,
             Chicago, IL 60601-2757
10441558   +Schwartz, Cooper, Greenberges, Kross,    180 N LaSalle #2700,   Chicago IL 60601-2757
10945592   +US Bank Corp/Retail Payment Solutions,    PO Box 5229,   Cincinnati, OH 45201-5229
10441554   +anheim Automobile Financial Services,    400 North Ridge Rd #800,   Atlanta, GA 30350-3354
```

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 08, 2008**                        **Signature:**   *Joseph Speetjens*